Morgan E. Pietz (SBN 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone:   (310) 424-5557
Facsimile :   (310) 546-5301

Attorney for John Doe

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BIGGS, an individual, | Case Number: 2:14-cv-00378-R-MAN |
| Plaintiff, | Assigned to: Honorable Manuel L. Real, United States District Judge |
| v. | |
| DOES 1-25, inclusive, | Referred to: Honorable Judge Margaret A. Nagle, United States Magistrate Judge |
| Defendants. | **NOTICE OF APPEARANCE** |

Attorney Morgan E. Pietz hereby enters his appearance on behalf of a John Doe who is a recipient of a subpoena to that was apparently issued by the plaintiff in this action.

Respectfully submitted,

DATED: May 22, 2014                                    THE PIETZ LAW FIRM


                                                       */s/ Morgan E. Pietz*
                                                       Morgan E. Pietz
                                                       Attorney for John Doe

**NOTICE OF APPEARANCE**