# EXHIBIT "1"



# MEANDERING

THIS IS AN ADULT WEBSITE! BY CONTINUING TO VIEW IT YOU ACKNOWLEDGE THIS FACT. IF YOU ARE UNDER EIGHTEEN YEARS OF AGE, PLEASE GO ELSEWHERE

ARCHIVE   RANDOM   RSS   SEARCH

+ Follow galvygalvy

5TH DEC 2013 | 2 NOTES



Kel in 3D

---

legman84 likes this
hotboobsblog likes this
galvygalvy posted this

---

« Previous Next »

---

The Minimalist Theme designed by The Minimalist | Powered by Tumblr

# EXHIBIT "2"

12/27/13

The Volz family has sent you an ecard from Egreetings.com - ellsseerotic.com@gmail.com - Gmail

# Gmail

Click here to enable desktop

**COMPOSE**

More

Inbox (4,841)

Windows 2003 Event Log - www.cornerbowl.com/logmgmt - Monitor and Manage Win 2003 Events. Fast, Robust, Affordabl

Starred

## The Volz family has sent you an ecard from Egreetings.com   Inbox   x

Important

**Ecard from Egreetings** <ecards@egreetings.com>

Sent Mail

to ellse

Drafts (4)

The Volz family (dd@facs.org) has sent you an ecard.

Member Requests

To view your ecard, choose from the options below.

Personal

Click on the following link:
http://www.egreetings.com/view?i=484063549&m=1059&r=v&source=eg999

QB/Intuit (2)

SignUps (3,304)

For your security, if you'd prefer not to click on links within this email:
1. Type http://www.egreetings.com/findit into your web browser
2. Enter the following code --> 4840635491059

Travel

More

Please do not reply to this email. To help resolve your issue or question send an email to help@egreetings.com. We have an extensive help center that may answer your questions, or you can choose to email us from there.

http://www.egreetings.com/email-protection

You are invisible.
Go visible

Thank you!
Your friends at Egreetings.com

Search people...

Blaine Parrott

Jon Leaf    ◀  Click here to Reply or Forward

bsiggie





12/27/13                                                                 Dee Dee from Tennessee - eliseerotic.com@gmail.com - Gmail

# Gmail

Click here to enable desktop

More

**COMPOSE**

Inbox (4,841)
Starred
Important
Sent Mail
Drafts (4)
Member Requests
Personal
QB/Intuit (2)
SignUps (3,304)
Travel
More

You are invisible.
Go visible

Search people...
Blaine Parrott
Jon Leaf
bsiggie

Teaching Certification - tennessee.wgu.edu - Online Bachelor's & Master's. Low Tuition - Flexible Degrees. Apply!

## Dee Dee from Tennessee    Inbox   x

Free Email Service - Do not reply <noreply@send-email.org>

to keith

photo and a poem for you, Mike.

http://s28.postimg.org/4vm30jd71/ddtennessee.jpg

Free Email Service - Do not reply <noreply@send-email.org>

to elise

photo and a poem.

http://s28.postimg.org/4vm30jd71/ddtennessee.jpg

Click here to Reply or Forward

**Teaching Certification**
Online Bachelor's & Master's. Low Tuition - Flexible Degrees. Apply!
tennessee.wgu.edu



Dee Dee is a christian girl
thinks Jesus is alive
But sinful things do happen
on Ellen Davies Drive.

When Mike and Kellie hit the place
and Kellie becomes "Elise"
They close the shades and lock the door
So neighbors don't call the police.

Kellie shows her pussy and tits
and struts around in hose
Whether on Peppercorn or Ellen Davies
None of the neighbors know.

Largo seems so long ago
Rosetree and Heritage too
But you could rent old Rosetree
If you wanted to.

The cat is out of the bag now
everyone know's Kellie's name.
Other than the same old clothes
Eliseerotic's just not the same.