| | |
|---|---|
| 1 | **Salar Atrizadeh, Esq. (SBN: 255659)** |
| | LAW OFFICES OF SALAR ATRIZADEH |
| 2 | 9701 Wilshire Blvd., 10th Floor |
| | Beverly Hills, CA 90212 |
| 3 | Telephone:  310-694-3034 |
| | Facsimile:  310-694-3057 |
| 4 | Email:         salar@atrizadeh.com |
| 5 | Attorneys for Plaintiff |
| | KEITH BIGGS |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KEITH BIGGS, an individual, | Case No.: 2:14-cv-00378-R (MANx) |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| DOES 1-25, inclusive, | |
| Defendants. | |
| | Hearing Date:  June 16, 2014 |
| | Time:                10:00 a.m. |
| | Place:                312 N. Spring Street |
| |                     Los Angeles, CA 90012 |
| | Courtroom:       8 - 2nd Floor |

---

1

**PROOF OF SERVICE**

**PROOF OF SERVICE**

STATE OF CALIFORNIA            )
                              )  ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles.  I am over the age of eighteen and not a party to the within action. My business address is 9701 Wilshire Blvd., 10th Floor, Beverly Hills, CA 90212.  On May 27, 2014, I served the foregoing documents described as follows:

1. PLAINTIFF KEITH BIGGS' RESPONSE TO DEFENDANT JOHN DOE'S OPPOSITION TO MOTION FOR RECONSIDERATION;
2. EXHIBITS 1-2; AND
3. PROOF OF SERVICE

with supplemental documentation on the following interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to:

**United States District Court**                              VIA U.S. MAIL

United States District Court
Attn: Hon. Manuel L. Real
312 North Spring Street, Crtm 8-2nd Floor
Los Angeles, CA 90012

**Defendants**                              VIA ELECTRONIC SERVICE

Derek A. Newman, Esq.
Keith Scully, Esq.
NEWMAN DU WORS, LLP
100 Wilshire Blvd., Suite 940
Santa Monica, CA 90401
T: 310-359-8200
F: 310-359-8190
Email: derek@newmanlaw.com
Email: keith@newmanlaw.com
*Attorneys for Defendant John Doe*

**METHOD:**

☒  STATE: I am "readily familiar" with the Law Offices of Salar Atrizadeh's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☒ BY ELECTRONIC SERVICE:  Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The

Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

☐ BY ELECTRONIC MAIL:  Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) to be sent to the person at the electronic notification address listed herein.

☒ BY U.S. MAIL: I am "readily familiar" with the Law Offices of Salar Atrizadeh's practice of collection and processing correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by regular United States Mail, on the aforesaid date according to the Law Offices of Salar Atrizadeh's ordinary business practice.

☐ BY PERSONAL SERVICE: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☐ BY OVERNIGHT COURIER SERVICE: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐  BY FACSIMILE: I caused such documents to be transmitted to the fax number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☐ STATE:  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ FEDERAL:  I declare under the penalty of perjury that I am a member in good standing of the bar of this court.  I also declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 27, 2014, at Los Angeles, California:

                                               /s/  Salar Atrizadeh___
                                               SALAR ATRIZADEH