UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-14-378-R                                      Date: JUNE 6, 2014

Title:   KEITH BIGGS  - V. -  DOES
=====================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

   Christine Chung                                  None Present
   Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                              None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) TAKING MOTION UNDER
SUBMISSION ON THE PAPERS WITHOUT NEED OF ORAL ARGUMENT

**The Court has determined that Plaintiff's Motion for Reconsideration [18], set for hearing on June 16, 2014 at 10:00 A.M., is suitable for a decision on the papers as filed by all parties, without the need for oral argument; therefore, the said Motion is taken UNDER SUBMISSION on the papers as filed, and the hearing date of June 16, 2014 at 10:00 A.M. is VACATED and TAKEN OFF CALENDAR.**

**The Court will issue its ruling on the matter in due course.**

**IT IS SO ORDERED.**

MINUTES FORM 11                                         Initials of Deputy Clerk ___CCH____
CIVIL -- GEN